JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN BECK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 13-CV-9168 PA (JCGx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
Honorable Percy Anderson
United States District Court Judge